# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**DAWN DEMAS SUMMEY,**

      **Plaintiff,**

v.                                                    **Case No: 6:24-cv-01861-PGB-DCI**

**AFFORDABLE SOLAR ROOF &**
**AIR, LLC,**

      **Defendant.**
_____/

## ORDER

This cause is before the Court on the parties' Joint Stipulation of Dismissal Without Prejudice, filed November 11, 2025. (Doc. 39). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's individual claims against Defendant Affordable Solar Roof & Air, LLC are **DISMISSED WITHOUT PREJUDICE**. The putative class claims against Defendant are **DISMISSED WITHOUT PREJUDICE.** The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on November 12, 2025.

*[Signature]*
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties